# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUIS CEJA, ) <br> ) <br> Defendant. ) <br> ) | 4:06CR3034 <br><br> DETENTION ORDER <br><br> PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

October 4, 2012               BY THE COURT:

                              *s/Cheryl R. Zwart*
                              United States Magistrate Judge